# In the United States Court of Federal Claims

No. 17-9002

Filed: September 9, 2020

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | ) ) ) ) ) |
| THIS DOCUMENT APPLIES TO: ALL CURRENTLY PENDING DOWNSTREAM CASES | ) ) ) ) ) ) ) |

**ORDER DIRECTING THE ENTRY OF JUDGMENT IN DOWNSTREAM CASES**

Consistent with the Court's February 18, 2020 Opinion and Order granting both defendant's Motion to Dismiss and defendant's Cross-Motion for Summary Judgment (ECF No. 203), the Court hereby **ORDERS** the following:

1. The Clerk of Court **SHALL** enter judgment dismissing each of the individual downstream cases **EXCEPT** for the following cases:

   a. any case filed after March 13, 2020, the date upon which the Court issued its Order to Show Cause (ECF No. 208); and

   b. the cases identified below, as the plaintiff(s) in each of these cases filed a response to the Court's Order to Show Cause:

   *Banes, et al. v. United States*, No. 17-1191
   *Williams, et al. v. United States*, No. 17-1555
   *Olsen, et al. v. United States*, No. 18-123
   *Kickerillo, et al. v. United States*, No. 18-345
   *Travelers Excess and Surplus Lines, et al. v. United States*, No. 18-1697
   *Asghari, et al. v. United States*, No. 19-698
   *Abed-Stephen, et al. v. United States*, No. 19-782
   *Alford, et al. v. United States*, No. 19-807
   *Ashby, et al. v. United States*, No. 19-1266
   *Darby, et al. v. United States*, No. 19-1063
   *Allen, et al. v. United States*, No. 19-1924

2. The Clerk of Court **SHALL** close Sub-Master Docket No. 17-9002.  Any appeal of the Court's February 18, 2020 Opinion and Order **SHALL** be filed in the individual dockets in which a party files an appeal.

3. Any future filings related to the cases identified above shall be made in the individual case dockets.

   **IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge